Petition for Writ of Mandamus Denied and Opinion filed May 22, 2003









Petition for Writ of Mandamus Denied and Opinion filed
May 22, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-00522-CV

____________

 

HUMBERTO V. 
RUBIO, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M   O
P I N I O N

On May 7, 2003, relator filed a petition for
writ of mandamus in this Court.  See
Tex. Gov=t. Code Ann. ' 22.221 (Vernon Supp. 2003); see also
Tex. R. App. P. 52.  Relator=s petition does not allege any abuse
of discretion by the respondent or other grounds for mandamus relief.

We deny relator=s petition for writ of mandamus.

 

PER CURIAM

 

 

Petition Denied
and Memorandum Opinion filed May 22, 2003.

Panel consists of
Justices Yates, Hudson, and Frost.